PRAIRIE LIFE INSURANCE COMPANY, APPELLANT, v. ALBERT
T. SCHUMANN ET AL., APPELLEES.

FILED MARCH 27, 1920.   No. 20830.

Appeal: FINDINGS: BILL OF EXCEPTIONS.   In the absence of a bill of ex-
ceptions, the findings of fact made by the trial court will be pre-
sumed to be sustained by the evidence.

APPEAL from the district court for Douglas county:
LEE S. ESTELLE, JUDGE.   *Affirmed.*

*T. W. Blackburn,* for appellant.

*Arthur C. Mayer, contra.*

CORNISH, J.
As shown by the record, but not as indicated in appel-
lant's brief, this is an appeal from the trial court's judg-
ment sustaining defendant Schumann's special appear-
ance and dismissing plaintiff's cause of action.   There
is no bill of exceptions in the record.   In the absence of
evidence, we must presume that the trial court's find-
ings of fact, sustaining the special appearance, were
true.   The special appearance itself being ample, if true,
to show that the court did not obtain jurisdiction of the
person and subject-matter of the action, it follows that
the judgment of the trial court must be affirmed.   *Cady
Lumber Co. v. Reed,* 90 Neb. 293.

AFFIRMED.

LETTON and DAY, JJ., not sitting.